**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IN RE ZIYAO JIANG,

                                 Plaintiff.

                                                    1. 25-CV-3814
                                                    2. 25-CV-3804
                                                    3. 25-CV-3604
                                                    4. 25-CV-3600
                                                    5. 25-CV-3599
                                                    6. 25-CV-3598
                                                    7. 25-CV-3597
                                                    8. 25-CV-3596
                                                    9. 25-CV-3526
                                                    10. 25-CV-3524
                                                    11. 25-CV-3523
                                                    12. 25-CV-3521
                                                    13. 25-CV-3520
                                                    14. 25-CV-3519
                                                    15. 25-CV-3518
                                                    16. 25-CV-3517

                                                **CIVIL JUDGMENT**


-------------------------------------------------------------------X


         It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 9, 2025, the Court bars Plaintiff from filing future civil actions

IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. The bar

order is effective as of May 9, 2025. Plaintiff must attach a copy of any proposed complaint and a copy

of this order to any motion seeking leave to file a future civil action in the court IFP. The motion must

be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action IFP

without filing a motion for leave to file, the action will be dismissed for failure to comply with this

order.  Plaintiff is further warned that the continued submission of frivolous documents may result in

the imposition of additional sanctions, including monetary penalties. See id.  Civil judgments are

entered dismissing the above mentioned cases; accordingly, the cases are closed.

Dated:    June 11, 2025
          New York, New York

                              _____/s/ Laura Taylor Swain_____
                                     LAURA TAYLOR SWAIN
                              Chief United States District Judge